UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUZANNE KRUSINSKI,

                Plaintiff,

      - against -

RIDGEWOOD SAVINGS BANK,

                Defendant.
------------------------------------------------------------------X

**ORDER**
19-CV-2112 (RRM) (RML)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      Suzanne Krusinski brought this *pro se* action against Ridgewood Savings Bank ("Ridgewood"), alleging that in light of Ridgewood's failure to meet disclosure requirements and the unconstitutionality of the Federal Reserve Act, her mortgage loan with the bank is "null and void." (Complaint (Doc. No. 1) ¶ 26.) In a Memorandum and Order issued on September 29, 2020, and mailed to Krusinski on October 8, 2020, this Court granted Ridgewood's motion to dismiss and dismissed Krusinski's complaint. (Memorandum and Order (Doc. No. 14).) The Court granted Krusinski thirty days' leave to file an amended complaint in accordance with that Memorandum and Order. (*Id.* at 10.) The Court warned Krusinski that if she failed to file an amended complaint within the time allowed, this action would be dismissed without prejudice and judgment would be entered against her. (*Id.*)

      On October 19, 2020, Krusinski called the Pro Se Office to inform the Court that she had not received a copy of the Memorandum and Order due to mail retrieval delays. The Pro Se Office mailed Krusinski another copy of the Memorandum and Order on October 19, 2020. More than thirty days have now elapsed since then and, to date, Krusinski has not filed an amended complaint. Accordingly, for the reasons set forth in the Court's Memorandum and Order dated September 29, 2020, it is

ORDERED that this action is dismissed without prejudice. The Clerk of Court is respectfully directed to enter judgment for defendant, to mail a copy of the judgment and this Order to Krusinski, to note that mailing on the docket sheet, and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       January 13, 2021

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge